UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
NOV 0 8 2002 WF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 00 CR 381-1 |
| v. ) | |
| ) | |
| MICHAEL D. MILLS, ) | Judge Gettleman |
| ) | |
| Defendant. ) | |

**DOCKETED**
NOV 1 3 2002

### RELEASE OF JUDGMENT LIEN

Judgment was entered for the plaintiff, and against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Illinois. The judgment having been paid or otherwise satisfied is hereby released. The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record as to the lien recorded at the Kendall County Recorder's Office as document number 200100000834, on January 17, 2001.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Michele Schroeder
MICHELE S. SCHROEDER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312)353-3760

8/00